**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand twenty-six.

---

Edreweene Raymond, Adhyl Polanco, Julio Diaz, Felicia Whitely, Roman Goris, Derick Waller, Kareem Abdullah, Olayokun Olagoke, Widmarc Pierre, individually, and on behalf of a class of all others similarly situated,

Plaintiffs - Appellants,

Marianne T. O'Toole, solely as Chapter 7 Trustee of the Estate of Pedro Serrano, Sandy Gonzalez, Ritchie Baez, Pedro Serrano, individually, and on behalf of a class of all others similarly situated,

Plaintiffs,

v.

City of New York, Mayor of the City of New York Bill de Blasio, in his individual and official capacity, Police Commissioner William Bratton, in his individual and official capacity, NYPD Chief of Department James P. O'Neill, in his individual and official capacity, Bureau Chief NYPD Commanding Officer of Patrol Services Carlos M. Gomez, in his individual and official capacity, Christopher McCormack, Constantin Tsachas, Raymond Kelly,

Defendants - Appellees,

New York City Police Department,

Defendant.

---

**ORDER**
Docket No. 26-986

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellants has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

